1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>JOSE CONTRERAS<br><br>                              Defendant. | ) CASE NO. 5:25-MJ-00072-CDB<br>)<br>) **ORDER UNSEALING OF CRIMINAL**<br>) **COMPLAINT WITH REDACTIONS**<br>)<br>)<br>)<br>)<br>)<br>) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint in the above captioned case be unsealed with redactions.

IT IS SO ORDERED.

Dated:   **August 18, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge